UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>09-20579-CR-MARTINEZ</u>

UNITED STATES OF AMERICA,

v.

IGNACIO ZARATE-ROSALES,
a/k/a "Jose," or "Juan Hernandez,"

      Defendant.
_____/

UNITED STATES' RESPONSE TO DEFENDANT'S
<u>OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT</u>

**COMES NOW** the United States of America, appearing herein through the undersigned Assistant United States Attorney, who respectfully responds to the defendant's Objections to the Presentence Investigation Report.  DE 58.

    1.    **Objection #1: Offense Conduct**

In its objections, the defense requests that paragraphs 3, 5, 6, and 9-13 be removed from the Presentence Investigation Report ("PSI").  While the PSI does accurately reflect that the contents of the allegations in these paragraphs were ultimately discovered to be untrue, the United States has no objection to the removal of the paragraphs relating to the untrue allegations from the PSI.  However, it is the United States' belief that the paragraphs to be removed should actually be 4-6 and 9-13.  The end of paragraph 5, which relates to the discovery of the firearm at issue in the count to which the defendant pled guilty, should also remain in the PSI.

    2.    **Sentencing Guideline Range & Recommendation**

The United States agrees that the defendant's guideline range of 10-16 months, as calculated

1

in the PSI, is accurate. The United States recommends that the defendant be incarcerated for a term within this calculated guidelines range.

Therefore, the United States respectfully has no objection to the defense's request to remove certain paragraphs from the PSI and simply requests that this Court sentence the defendant to a guideline term of imprisonment.

                                        Respectfully submitted,

                                        JEFFREY H. SLOMAN
                                        UNITED STATES ATTORNEY

By:    /s/ Sivashree Sundaram
          Sivashree Sundaram
          Assistant United States Attorney
          Court ID No. A5501212
          United States Attorney's Office
          99 N.E. 4th Street, Suite 800
          Miami, Florida 33132-2111
          Telephone Number (305) 961-9430
          Fax Number (305) 536-4676
          sivashree.sundaram2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading was filed via the Court's electronic filing system on January 4, 2010.

                                        /s/ Sivashree Sundaram
                                        Sivashree Sundaram
                                        Assistant United States Attorney